**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Stacy Lynn ARENA, Defendant–Appellant.**

No. 01–6798.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Stacy Lynn Arena, pro se. Janet S. Reincke, Office of the United States Attorney, Norfolk, VA, for appellee.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Stacy Lynn Arena appeals from the district court's order denying her motion for modification of sentence, 18 U.S.C. § 3582(c)(2) (1994). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Arena,* No. CR–95–26 (E.D.Va. Apr. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*